IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANNIE J. DEVORE,
    Plaintiff,

vs.                              CASE NO.: 3:07cv414/RV/MD

MICHAEL J. ASTRUE,
Commissioner of the
Social Security Administration,
    Defendant.
_____

**REPORT AND RECOMMENDATION**

This case is before the court upon plaintiff's complaint filed pursuant to 42 U.S.C. § 405(g) seeking judicial review of a final decision of the Commissioner of Social Security denying plaintiff's claim for benefits. Pending is the defendant's motion to remand pursuant to sentence four of § 405(g) (doc. 18). The plaintiff does not oppose the motion according to the certification of the defendant.

Pursuant to sentence four of 42 U.S.C. § 405(g), the court may "enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the [Commissioner], with or without remanding the cause for a rehearing." The Commissioner of Social Security states that remand is appropriate for the ALJ to affirm the determination that plaintiff is disabled beginning May 19, 2007. For the period prior to May 19, 2007, the ALJ will hold a new hearing and issue a new decision. The ALJ will provide plaintiff with the opportunity to submit any new evidence, and will enter into the record any new evidence, along with documents received in connection with the subsequent application. On remand, the ALJ will discuss and evaluate all of the evidence of record, including that submitted by George A. Michas, M.D. and William R. Marshall, M.D., in accordance with 20 C.F.R.

§ 404.1527.  The ALJ will be directed to make findings regarding whether plaintiff is under a disability for the period prior to May 19, 2007.  Should the onset of disability appear to be prior to the date of the available medical evidence, the ALJ will arrange for a medical expert to provide testimony regarding a reasonable onset date based on the evidentiary record.  Good cause has been shown for remand.

Accordingly, it is RECOMMENDED as follows:

1. That the defendant's motion to remand (doc. 18) be GRANTED and the Commissioner's decision denying benefits be REVERSED.

2. That this case be remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g).

3. That defendant be ordered to direct the Administrative Law Judge to affirm the determination that plaintiff is disabled beginning May 19, 2007.  For the period prior to May 19, 2007, the ALJ will hold a new hearing and issue a new decision.  The ALJ will provide plaintiff with the opportunity to submit any new evidence, and will enter into the record any new evidence, along with documents received in connection with the subsequent application.  On remand, the ALJ will discuss and evaluate all of the evidence of record, including that submitted by George A. Michas, M.D. and William R. Marshall, M.D., in accordance with 20 C.F.R. § 404.1527.  The ALJ will be directed to make findings regarding whether plaintiff is under a disability for the period prior to May 19, 2007.  Should the onset of disability appear to be prior to the date of the available medical evidence, the ALJ will arrange for a medical expert to provide testimony regarding a reasonable onset date based on the evidentiary record.

4. That the clerk be directed to enter judgment for plaintiff and close the file.

DONE AND ORDERED this 19th day of May, 2008.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  See 28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).**