IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ANNIE J. DEVORE,**
    **Plaintiff,**

**vs.**                              **CASE NO.: 3:07cv414/RV/MD**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**
    **Defendant.**
_____

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 19, 2008.  The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    The defendant's motion to remand (doc. 18) is GRANTED and the Commissioner's decision denying benefits is REVERSED.

    3.    This case is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g).

      **4.**     **The defendant shall direct the Administrative Law Judge to affirm the determination that plaintiff is disabled beginning May 19, 2007.  For the period prior to May 19, 2007, the ALJ will hold a new hearing and issue a new decision.  The ALJ will provide plaintiff with the opportunity to submit any new evidence, and will enter into the record any new evidence, along with documents received in connection with the subsequent application.  On remand, the ALJ will discuss and evaluate all of the evidence of record, including that submitted by George A. Michas, M.D. and William R. Marshall, M.D., in accordance with 20 C.F.R. § 404.1527.  The ALJ will be directed to make findings regarding whether plaintiff is under a disability for the period prior to May 19, 2007.  Should the onset of disability appear to be prior to the date of the available medical evidence, the ALJ will arrange for a medical expert to provide testimony regarding a reasonable onset date based on the evidentiary record.**

      **5.**     **The clerk is ordered to enter judgment for plaintiff and close the file.**

**DONE AND ORDERED this 18th day of June, 2008.**

 

                                                               */s/ Roger Vinson*  
                                                               **ROGER VINSON**  
                                                               **SENIOR UNITED STATES DISTRICT JUDGE**