IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANNIE DEVORE,
    Plaintiff,
v.                                              3:07cv414/RV/MD

MICHAEL J. ASTRUE,
Commissioner of Social Security,
    Defendant.
_____

## ORDER

This cause comes on for consideration upon the magistrate judge's report and recommendation dated July 29, 2008. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.     The plaintiff's petition for attorney fees (doc. 22) is granted.

3.     Plaintiff's counsel, David E. Evans, Esquire, shall recover a reasonable fee for representing plaintiff before the United States District Court for the Northern District of Florida pursuant to 28 U.S.C. § 2412 (EAJA); attorney fees under the EAJA in the amount of $3,207.50 are reasonable and the Commissioner shall pay counsel that amount.

DONE AND ORDERED this 28th day of August, 2008.

                                              /s/ *Roger Vinson*
                                              **ROGER VINSON**
                                              **SENIOR UNITED STATES DISTRICT JUDGE**